**BEFORE:** Anne Y. Shields, USMJ            **DATE:** 10/13/2021

## CRIMINAL CAUSE FOR INITIAL APPEARANCE/ARRAIGNMENT

**DOCKET #:** CR-21-452-JS          **CAPTION:** USA v. Leonardi, et al

**DEFENDANT:** Anthony Leonardi    Deft. #1      **COUNSEL:** Jonathan Manley
_X_ Present   ___ Not Present    _X_ In custody   ___ Bail          ___ CJA   _X_ Retained   ___ Federal Defenders

**GOVERNMENT:** Andrew Wenzel      **COURT REPORTER:** N/A

**INTERPRETER:** (sworn) - Language-

**COURTROOM DEPUTY:** JT     **PRETRIAL REPORT PREPARED BY:** Donna Mackey
                                                                                                                _X_ present   ___ not present

**FTR:** 3:02-3:13

- _X_ Case called.
- _X_ Defendant arraigned on Counts **on the Superseding** Indictment (S-1).
- _X_ Defendants initial appearance.
- _X_ Defendant waives public reading and **pleads not guilty to the Superseding** Indictment. (S-1).
- ___ Preliminary Hearing waiver executed.
- _X_ **Speedy Trial Order Information:** Code Type: _X-_
          **Start Date:** 10/13/2021 XSTART
          **Stop Date:** 11/22/2021 XSTOP
- ___ Waiver of Speedy Indictment executed: Time excluded from _____ through _____
- ___ Order Setting Conditions of Release and Bond executed for defendant. See bond for details.
- ___ Temporary Order of Detention entered for defendant (s):
- ___ Detention Hearing scheduled for: _____
- _X_ Permanent Order of Detention entered for defendant.
- ___ Rule 40 Hearing held.
- ___ Removal Hearing scheduled for: _____
- _X_ **TELEPHONE Status Conference** set for: **11/22/2021 at 10:30 AM**. The parties are directed to call into the ATT conference line at 877-336-1839 Access Code: 7231185
- ___ Defendant continues on Bond. Bond conditions remain the same.
- _X_ Defendant continues in custody.

**OTHER:**