

U.S. Department of Justice

United States Attorney
Eastern District of New York

CCC:ss
F. #2021R00258

610 Federal Plaza
Central Islip, New York 11722

March 28, 2022

By ECF

The Honorable Joanna Seybert
United States District Court
100 Federal Plaza
Eastern District of New York
Central Islip, New York 11722

      Re:    United States v. Anthony Leonardi
             Docket No. 21-CR-452 (S-1)(JS)

Dear Judge Seybert:

      The government writes to respectfully request a 1-day extension to file a response to defendant Anthony Leonardi's bail motion, which is currently due today. Defense counsel has no objection to this request.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ Christopher C. Caffarone
      Christopher C. Caffarone
      Assistant U.S. Attorney
      (631) 715-7868

cc:    Defense counsel (via ECF)