

April 4, 2022

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

 Re: USA v. Leonardi
     25-452 (JS)

Dear Judge Seybert:

Defendant submits this request for a two day extension to file Defendant's Reply in furtherance of his application for bail pending trial until April 6, 2022.  The government consents to this request.

We thank the Court for its continued time and attention to this case.

Respectfully submitted,


  __/s/ Jonathan B. Manley_____