

August 8, 2022

Hon. Joanna Seybert
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Re: USA v. Leonardi
    25-452 (JS)

Dear Judge Seybert:

      To the extent necessary, Defendant requests that this matter be placed on the court's calendar for August 15, 2022 at 10:30 a.m. for a conference to join the co-defendant's in this matter.  I was unable to personally appear at the last conference due to a family obligation.

      Defendant waived any speedy trial time from the last court date, June 24, 2022 through August 15, 2022.  We thank the Court for its continued time and attention to this case.

Respectfully submitted,

  __/s/ Jonathan B. Manley_____